UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.0:24-cv-60225-WPD

HOWARD COHAN

    Plaintiff,

vs.

K20 OIL LLC
a Florida Limited Liability Company
d/b/a CHEVRON

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN ("Plaintiff"), by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED March 18, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Attorney for Plaintiff

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on Defendant's Registered Agent this day via U.S. Mail:

K20 OIL LLC
c/o EAGLE TAX
54444493 WILES ROAD
STE 105
COCONUT CREEK, FL 33073

                                                                 **/s/ Gregory S. Sconzo**
                                                               **Gregory S. Sconzo, Esq.**