UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.0:24-cv-60225-WPD

HOWARD COHAN

    Plaintiff,

vs.

K20 OIL LLC
a Florida Limited Liability Company
d/b/a CHEVRON

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, K20 OIL LLC, Florida Limited Liability Company, d/b/a CHEVRON.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    By: **/s/ Gregory S. Sconzo**
    GREGORY S. SCONZO, ESQUIRE
    Florida Bar No.: 0105553
    **Sconzo Law Office, P.A.**
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459
    **Primary Email:** greg@sconzolawoffice.com
    **Secondary Email:** perri@sconzolawoffice.com